UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CANDIE HAILEY MEANS,

                            Plaintiff,

        -against-

THE CITY OF NEW YORK and CORRECTIONS OFFICER WARREN, CORRECTIONS OFFICER CAPTAIN MORGAN, CORRECTIONS OFFICER MOTT, CORRECTIONS OFFICER CAPTAIN MCKENZIE, CORRECTIONS OFFICER WATSON, CORRECTIONS OFFICER ELLIS, CORRECTIONS OFFICER TERRI, CORRECTIONS OFFICER CAPTAIN BRISTOL, CORRECTIONS OFFICER CAPTAIN MCCORMICK, CORRECTIONS OFFICER CAPTAIN NEGRON, and JOHN and JANE DOES 1 through 10, individually and in their official capacities, (the names John and Jane Doe being fictitious, as the true names are unknown),

                            Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

17-CV-5374 (SHS)

      **PLEASE TAKE NOTICE** that upon all prior pleadings and proceedings had herein, defendant City of New York will move this Court, before the Honorable Sidney H. Stein United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for an order granting defendant's motion to dismiss in part plaintiff's amended complaint pursuant to Fed.R.Civ.P. 12(b)(6).

- 2 -

Dated: New York, New York
December 15, 2017

                                  ZACHARY W. CARTER
                                  Corporation Counsel of the City of New York
                                  Attorney for Defendant City of New York
                                  100 Church Street
                                  New York, New York 10007
                                  (212) 356-2654


By:   /s_____
       Michael K. Gertzer
       Senior Counsel
       Special Federal Litigation Division


To:

Tracey L. Brown, Esq.
Derek S. Sells, Esq.
The Cochran Firm
55 Broadway, 23rd Floor
New York, NY 10006

- 2 -