
| | THE CITY OF NEW YORK | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET, Rm. 3-146<br>NEW YORK, NY 10007 | STEVE STAVRIDIS<br>Senior Counsel<br>Phone: (212) 356-2687<br>Fax: (212) 356-3509<br>sstavrid@law.nyc.gov |

May 29, 2020

**Via ECF**  
Honorable Sidney H. Stein    **MEMO ENDORSED**  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007-1312  

      Re:    <u>Candie Hailey-Means v. City of New York, et al.</u>,  
            17 CV 5374 (SHS)

Your Honor:

      I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, representing the defendants in the above-referenced matter. I write to respectfully request the Court's permission to file certain documents under seal as exhibits to the defendants' motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

      Defendants seek permission to file plaintiff's medical records under seal. These records should not be publicly disclosed in order to preserve plaintiff's privacy under the Health Insurance Portability and Accountability Act, 42 U.S.C. § 1320, *et seq.*, ("HIPAA"). <u>See also</u> <u>Dubose v. Boudreaux</u>, No. 12 Civ. 7633 (KBF), 2014 U.S. Dist. LEXIS 123777, at *2 n.3 (S.D.N.Y. Aug. 20, 2014) ("Defendants appropriately filed plaintiff's medical records under seal").

      Additionally, defendants seek permission to file certain policy directives of the Department of Correction (DOC) under seal, as these documents have been designated "Confidential" in the discovery process. While many DOC directives are publicly available,

these particular directives are not. Thus, defendants seek to file them under seal for security purposes and penalogical interests.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s

Steve Stavridis
Senior Counsel

cc:   **Via ECF**            Application granted.
      All Counsel
                            Dated:  New York, New York
                                    June 4, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.