

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-146
NEW YORK, NY 10007

**STEVE STAVRIDIS**
Senior Counsel
Phone: (212) 356-2687
Fax: (212) 356-3509
sstavrid@law.nyc.gov

July 10, 2020

**Via ECF**
Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

      Re:    Candie Hailey-Means v. City of New York, et al.,
                17 CV 5374 (SHS)

Your Honor:

        I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, representing the defendants in the above-referenced matter. I write to respectfully request the Court's permission, to file certain documents under seal as an exhibit to the defendants' reply papers in further support of their motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

        Defendants seek permission to file Exhibit DD, plaintiff's medical records, under seal. These records should not be publicly disclosed in order to preserve plaintiff's privacy under the Health Insurance Portability and Accountability Act, 42 U.S.C. § 1320, *et seq.,* ("HIPAA"). See also Dubose v. Boudreaux, No. 12 Civ. 7633 (KBF), 2014 U.S. Dist. LEXIS 123777, at *2 n.3 (S.D.N.Y. Aug. 20, 2014) ("Defendants appropriately filed plaintiff's medical records under seal").

I thank the Court for its consideration of this request.

Respectfully submitted,

/s

Steve Stavridis
Senior Counsel

cc: **Via ECF**
All Counsel

**Application granted.**

Dated:  New York, New York
July 13, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.