# THE COCHRAN FIRM
## NEW YORK, NEW YORK

127 PEACHTREE STREET, NE
SUITE 800
ATLANTA, GEORGIA  30303

430 WEST MAIN STREET
DOTHAN, ALABAMA  36301

4929 WILSHIRE BOULEVARD
SUITE 1010
LOS ANGELES, CALIFORNIA  9010

55 BROADWAY - 23RD FLOOR
NEW YORK, NEW YORK  10006
TELEPHONE: (212) 553-9215 • FAX: (212) 227-8763

Writer's Direct Dial: (212) 553-9120

ONE COMMERCE SQUARE
26TH FLOOR
MEMPHIS, TENNESSEE 38103

306 N. MAIN STREET
TUSKEGEE, ALABAMA  36083

1100 NEW YORK AVENUE, NW
SUITE 340
WASHINGTON, DC  20005

November 13, 2020

**VIA ECF**

The Honorable Sidney Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Candie Hailey Means v. City of New York, et al.;
Docket No. 17 CV 5374 (SHS) (KNF)

Dear Judge Stein,

As you are aware, we represent the Plaintiff, Candie Hailey Means, in the above-referenced matter.  I write this letter requesting that Your Honor consider a recently decided case by the Supreme Court, Taylor v. Riojas, et al., 2020 WL 6385693 (Nov. 2, 2020), which is annexed hereto as Exhibit 1, in support of our opposition to the pending Summary Judgment motion.

Sincerely,

/s/ Derek S. Sells
Derek S. Sells

CC: All Attorneys of Record – VIA ECF