# The Cochran Firm

One Exchange Plaza • 55 Broadway – 23rd Floor
New York, New York 10006
Telephone: (212) 553-9215 • Fax: (212) 227-8763

July 16, 2020

**VIA ECF**  **MEMO ENDORSED**

The Honorable Sidney Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Candie Hailey Means v. City of New York, et al.,
Case No. : 17 CV 5374 (SHS) (KNF)

Your Honor:

We represent Plaintiff, Candie Hailey Means in the above-referenced action. I write to respectfully request the Court's permission to file certain videos under seal, previously referenced as Exhibit AA in Mr. Stavridis' Reply Declaration in Support of Defendants' motion for summary judgment (ECF Dkt# 131 and 137).

Plaintiff is seeking permission to file these video files under seal pursuant to the parties Stipulated Protective Order So Ordered by the Court. These videos depict "DOC facilities and/orproperty, detainees or DOC employees," which are coveredunder ¶ 2(e) of the Protective Order.

Thank you for your consideration.

Respectfully Submitted,

THE COCHRAN FIRM

Tracey L. Brown

cc: Steve Stavridis, Esq. (via ECF)

**Request to seal videos granted.**

**Dated: New York, New York**
**March 15, 2021**

SO ORDERED:

Sidney H. Stein, U.S.D.J.

Atlanta • Dallas • Jackson • Las Vegas
Los Angeles • Memphis • Miami • New Orleans • New York • St. Louis