UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CANDIE HAILEY MEANS,                         :      17-cv-5374 (SHS)

                 Plaintiff,        :      ORDER

   -v-                                                           :

CITY OF NEW YORK, *ET AL.*,                  :

                Defendants.       :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that a conference is scheduled for Monday, November 10, 2025, at 11:00 a.m. in Courtroom 23A, for the purposes of the Court rendering a decision on plaintiff's renewed motion for sanctions [Doc. No. 152] and defendants' renewed motion for summary judgment [Doc. No. 153] and setting a trial date.

Dated: New York, New York
         November 3, 2025

                                              SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.