UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| CANDIE HAILEY MEANS, | : | 17-cv-5374 (SHS) |
| Plaintiff, | : | <u>ORDER</u> |
| -v- | : | |
| CITY OF NEW YORK, *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. Plaintiff's renewed motion for sanctions [Doc. No. 152] is denied for the reasons as set forth on the record;

2. Defendants' renewed motion for summary judgment [Doc. No. 153] is granted in part and denied in part for the reasons as set forth on the record; and

3. Defendants John and Jane Does 1 through 10 are dismissed;

Dated: New York, New York
       November 10, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.