

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **HANNAH V. FADDIS**<br>*Assistant Deputy Chief of Trials*<br>Phone: (212) 356-2486<br>Fax: (212) 356-1148<br>hfaddis@law.nyc.gov |

November 21, 2025

<u>BY ECF</u>
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED, p. 2**

Re:   <u>Candie Hailey-Means  v. City of New York, et al.,</u>
      17 Civ. 5374 (SHS)

Your Honor:

    I am the attorney assigned to represent defendants in the above-referenced action. Defendants write to respectfully request a two-week enlargement of time for the parties to file a status report regarding trial availability. Plaintiff's counsel consents to this request.

    This request is made to facilitate communication with the individual defendants regarding trial availability. The undersigned has confirmed that two of the individual defendants are still employed with the Department of Correction, but has not yet been able to make contact. One of the defendants has left DOC employ and we have not been able to confirm the status of the fourth. Due to family commitments, I have been out of the office two days this week, including today, Friday, Nov. 20, 2025. Given those commitments and the holiday next week, we are respectfully requesting until December 5, 2025, to file our joint status report.

    The parties have conferred and are both amenable to a referral to the assigned magistrate judge for a settlement conference in this matter.

    Defendants thank the Court for its time and consideration.

Respectfully submitted,

/s/ *(signature)*

Hannah V. Faddis
Special Federal Litigation Division

cc:   BY ECF, *All Counsel of Record*

**The parties have until December 5, 2025 to file their joint status report. This matter is being referred to Magistrate Judge Jennifer Willis for settlement purposes.**

**Dated: New York, New York
November 24, 2025**

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.