

ONE EXCHANGE PLAZA
55 BROADWAY – 23rd FLOOR
NEW YORK, NEW YORK 10006
TELEPHONE: (212) 553-9215
FAX: (212) 227-8763

Writer's Direct Dial: (212) 553-9165

December 5, 2025

**VIA NYSCEF**
Hon. Sidney H. Stein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  *Means v. City Of New York et. al. Case No.: 17-cv-05374 (SHS)*

Dear Judge Stein:

  This firm represents Plaintiff in the above-referenced matter. We write jointly with counsel for Defendants to provide the parties availability for trial, as well as to provide a proposed schedule for Pretrial briefings.

  The parties are available for trial (expected to last 10-12 days) on the following dates:

- June 9, 2026 – June 30, 2026[1]

The parties propose the following Pretrial schedule:

- JPTO due February 27, 2026

- Motions *in limine*, (including Daubert) proposed jury charge, proposed voir dire due March 27, 2026.

  We thank the Court for its consideration and look forward to hearing back as to which dates work best for the Court.

---

[1] Defense counsel has not yet been able to ascertain the availability of retired defendant Officer Terry.

2

                                      Respectfully submitted,

                                      _/s/ Tracey L. Brown_
                                    Tracey L. Brown, Esq.