UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CANDIE HAILEY MEANS,  :  17-cv-5374 (SHS)

          Plaintiff,  :  <u>ORDER</u>

   -v-  :

CITY OF NEW YORK, *ET AL.*,  :

          Defendants.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received the parties' letter dated December 25 (Doc. No. 164).

    IT IS HEREBY ORDERED that:

    1.    The last day to file the joint pretrial order, including any stipulations of fact, a statement of the claims for relief to be tried, a list of witnesses for each side and a brief summary of their expected testimony, a list of exhibits by each side with an indication of whether they are agreed upon or objected to and, if objected to, the evidentiary basis for the objection, deposition transcript designations by each side to be offered in their cases in chief with an indication if they are objected to, and if so, the evidentiary basis for the objection, is February 27, 2026;

    2.    Any motions in limine, including *Daubert* motions, proposed jury charges, and proposed voir dire are due on or before March 27, 2026. Responses to any motions in limine are due 10 days after the motion is filed, and replies are due one week thereafter;

    3.    There will be a final pretrial conference on April 27, 2026, at 2:30 p.m. in Courtroom 23A; and

    4.    The trial of this matter will commence on June 8, 2026, at 9:30 a.m. in Courtroom 23A.

Dated: New York, New York
         December 8, 2025

                            SO ORDERED:

                            _____
                            Sidney H. Stein, U.S.D.J.