THE CITY OF NE[W YORK]

LAW DEPAR[TMENT]

100 CHURCH S[TREET]
NEW YORK, NY

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

> The request is **GRANTED.** The pre-settlement conference will occur on **February 5, 2026 at 10:00 AM**. The Court will send the Parties a teams link. The settlement conference is rescheduled to **February 11, 2026 at 10:30 AM** in courtroom 228 in 40 Foley Square. The Parties are to comply with the filing requirements in the settlement order. Dkt. No. 166.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
>
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> January 12, 2026

**BY ECF**
Hon. Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    Candie Hailey-Means  v. City of New York, et al.,
        17 Civ. 5374 (SHS) (JEW)

Your Honor:

   I am the attorney assigned to represent defendants in the above-referenced action. Defendants write to respectfully request a two-week extension of time for the parties to submit their pre-conference statements, and of the pre-conference call and settlement conference. Plaintiff consents to these requests.

   This request is made in order for the defendants to fully assess their settlement position and plaintiff's renewed settlement demand, received this week. As the Court is aware, this matter has a lengthy history and complex discovery record. Accordingly, defendants are respectfully requesting the Court adjourn the settlement schedule for two weeks. The parties are conferring as to whether this will affect pre-trial filing deadlines in advance of the June trial date and will make any necessary request in that vein to the District Judge.

   All parties are available February 9, 11, 18, and 19, 2026 for the adjourned settlement conference.

   Defendants thank the Court for its consideration.

                                        Respectfully submitted,

                                        /s/  _____
                                        Hannah V. Faddis
                                        Special Federal Litigation Division

cc:    BY ECF, *All Counsel of Record*