**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CANDIE HAILEY MEANS

                                  Plaintiff,

                        -against-

CITY OF NEW YORK, *et al.*,

                                  Defendant.
-------------------------------------------------------------------

**ORDER**

**17-CV-5374 (SHS) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Court held a settlement conference on February 11, 2026. A settlement was not reached. The Parties are reminded that the existing deadline to file the joint Pretrial Order remains in effect.

Should the Parties wish to schedule a second settlement conference prior to trial, this Court will expedite the scheduling process and reserve the soonest available date to hold a second settlement conference. If the Parties wish to schedule a second settlement conference, contact WillisNYSDChambers@nysd.uscourts.gov to provide availability.

SO ORDERED.

DATED:    New York, New York
              February 11, 2026

                                          JENNIFER E. WILLIS
                                      United States Magistrate Judge