

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**HANNAH V. FADDIS**
*Assistant Deputy Chief of Trials*
Phone: (212) 356-2486
Fax: (212) 356-1148
hfaddis@law.nyc.gov

February 25, 2026

**BY ECF**
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:    Candie Hailey-Means  v. City of New York, et al.,
       17 Civ. 5374 (SHS)

Your Honor:

I am the attorney assigned to represent defendants in the above-referenced action. Defendants write jointly with plaintiff to respectfully request an enlargement of time to March 20, 2026 for the parties to file their proposed joint pre-trial order.

This request is made due to scheduling constraints on the parts of all counsel. For the defendants' part, the undersigned has been out of the office intermittently due to personal matters since February 3, 2026, and is currently preparing for a trial on March 9, which could run into the week of March 16. This request will not affect the March 27, 2026, deadline currently in place for the parties' motions *in limine* and remaining pretrial filings, nor will it impact the trial as currently scheduled for June 8, 2026.

Accordingly the parties respectfully request the Court extend the time for the filing of the proposed joint pretrial order up to and including March 20, 2026.

Defendants thank the Court for its time and consideration.

Respectfully submitted,

/s/ 

Hannah V. Faddis
Special Federal Litigation Division

cc:    BY ECF, *All Counsel of Record*

**Request granted. The joint pretrial order is due on or before March 20, 2026.**

Date: New York, New York
      February 25, 2026

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.