UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

CANDIE HAILEY MEANS,                :       17-Cv-5374 (SHS)

              Plaintiff,       :

       v.                  :       <u>ORDER</u>

CIITY OF  NEW YORK, ET AL.      :

            Defendants.     :

-----------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

    IT IS HEREBY ORDERED that the final pretrial conference in this matter is scheduled for May 28, 2026, at 3:00 p.m. The conference will take place in the U.S. Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23A.

Dated: New York, New York
      May 20, 2026

                          SO ORDERED:

                          Sidney H. Stein, U.S.D.J.