

**T**HE **C**ITY OF **N**EW **Y**ORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**HANNAH V. FADDIS**
*Assistant Deputy Chief of Trials*
Phone: (212) 356-2486
Fax: (212) 356-1148
hfaddis@law.nyc.gov

May 22, 2026

## MEMO ENDORSED

**BY ECF**
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**The final pretrial conference in this matter will take place on Wednesday, May 27 at 9:15 a.m. in Courtroom 23A.**

**Dated New York, New York**
**May 22, 2026**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.

Re:    Candie Hailey-Means  v. City of New York, et al.,
17 Civ. 5374 (SHS)

Your Honor:

I am the attorney assigned to represent defendants in the above-referenced action. Defendants write to respectfully request an adjournment of the final pre-trial conference set down for May 28, 2026.  Plaintiff's counsel consents to this request.

This request is made due to the fact that the undersigned will be unavailable on May 28, as I will be out of state for a family funeral from the afternoon of May 27 through May 29, 2026. Counsel for all parties have conferred and are available on June 2, 3, 4, and 5, 2026.[1]

Defendants thank the Court for its time and consideration.

Respectfully submitted,

/s/
Hannah V. Faddis
Special Federal Litigation Division

cc:    BY ECF
*All Counsel of Record*

---

[1] Plaintiff's counsel has a mediation scheduled for June 1, 2026.