UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

CANDIE HAILEY MEANS,                          :          17-Cv-5374 (SHS)

                        Plaintiff,          :

          v.                           :          ORDER

CIITY OF NEW YORK, ET AL.                     :

                  Defendants.          :

-------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

The Court is in receipt of Ms. Faddis's letter dated June 4, 2026.

IT IS HEREBY ORDERED that:

1. The Court declines to stay all deadlines and adjourn the trial *sine die*;

2. The final pretrial conference remains at 12:00 p.m. on June 5; and

3. The trial will commence at 10:30 a.m. on Monday, June 8, in Courtroom 23A and will continue until its conclusion unless and until a stipulation of discontinuance with prejudice is executed by the parties and so ordered by the Court.

Dated:  New York, New York
       June 4, 2026

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.