UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

CANDIE HAILEY MEANS,                    :          17-Cv-5374 (SHS)

                  Plaintiff,                    :

      v.                    :          ORDER

CIITY OF NEW YORK, ET AL.                :

              Defendants.                    :

-----------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

      The Court is in receipt of the Proposed Stipulation and Order of Dismissal [Doc. No. 204}
filed by the parties last night. The Court does not accept jurisdiction for the purpose of enforcing a
settlement agreement that it has not reviewed. The final pretrial conference remains at 12:00 noon
today unless the parties provide the executed settlement agreement to the Court in advance and the
Court agrees to accept jurisdiction for the purpose of enforcing the terms of the settlement
agreement.

Dated: New York, New York
       June 5, 2026

                             SO ORDERED:

                             Sidney H. Stein, U.S.D.J.